UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON WIMBERLY,<br><br>                              Plaintiff,<br><br>           -against-<br><br>NY COMMUNITY FINANCIAL, LLC D/B/A THE CHECK CASHING PLACE AKA CFSC CHECK CASHING,<br><br>                              Defendant. | 24-cv-7644 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 22, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 24, 2024
         New York, New York

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge